July

SEQ 000624
Company Code: RX / IMV 21268133
Loc/Dept: 01/
Number: 7484980    Page 1 of 1
Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

# Earnings Statement

**ADP**

Period Starting: 06/29/2020
Period Ending: 07/05/2020
Pay Date: 07/10/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 8
  State: 0
  Local: 0
Tax Override:
  Federal:
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 39.00 | 780.00 | 16455.85 |
| Overtime | | | 0.00 | 765.82 |
| Bonus | | 0.00 | 160.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$940.00** | **$18,181.67** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.85 | 329.32 |
| Social Security | -58.28 | 1127.26 |
| Medicare | -13.63 | 263.63 |
| Pennsylvania State Income | -28.86 | 558.19 |
| Pennsylvania State UI | -0.56 | 10.91 |
| Warminster T Local Income | -9.40 | 181.81 |
| Warminster Twp Local | -1.00 | 21.00 |
| **Net Pay** | **$807.42** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 39.00 | 743.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 807.42 |

Your federal taxable wages this period are $940.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date: 07/10/2020

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 807.42 |

**THIS IS NOT A CHECK**

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

© 1998, 2006 ADP, LLC All Rights Reserved

July



SEQ 000911
Company Code   Loc/Dept   Number   Page
RX / IMV 21268133   01/   7499705   1 of 1
Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

**Earnings Statement**    

Period Starting:   07/06/2020
Period Ending:    07/12/2020
Pay Date:         07/17/2020

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   8           Federal:
  State:     0           State:
  Local:     0           Local:
Social Security Number:   XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.00 | 740.00 | 17195.85 |
| Overtime | | | 0.00 | 765.82 |
| Bonus | | | 0.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$740.00** | **$18,921.67** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -0.54 | 329.86 |
| Social Security | -45.88 | 1173.14 |
| Medicare | -10.73 | 274.36 |
| Pennsylvania State Income | -22.72 | 580.91 |
| Pennsylvania State UI | -0.45 | 11.36 |
| Warminster T Local Income | -7.40 | 189.21 |
| Warminster Twp Local | -1.00 | 22.00 |

**Net Pay**    **$651.28**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.00 | 780.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 651.28 |

Your federal taxable wages this period are $740.00



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX7/IMV 21268133 | 01/ | 7507306 | 1 of 1 |

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

**Earnings Statement**

ADP

Period Starting: 07/13/2020
Period Ending: 07/19/2020
Pay Date: 07/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal:  8                 Federal:
  State:    0                 State:
  Local:    0                 Local:
Social Security Number: XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 38.50 | 770.00 | 17965.85 |
| Overtime | | | 0.00 | 765.82 |
| Bonus | | | 0.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| Gross Pay | | | $770.00 | $19,691.67 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 38.50 | 818.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 674.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -3.54 | 333.40 |
| Social Security | -47.74 | 1220.88 |
| Medicare | -11.17 | 285.53 |
| Pennsylvania State Income | -23.64 | 604.55 |
| Pennsylvania State UI | -0.46 | 11.82 |
| Warminster T Local Income | -7.70 | 196.91 |
| Warminster Twp Local | -1.00 | 23.00 |
| Net Pay | $674.75 | |

Your federal taxable wages this period are $770.00

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date:    07/24/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2698 | XXXXXXXXX | 674.75 |

THIS IS NOT A CHECK

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

July

SEQ:000611
Company Code: RX / IMV 21268133
Loc/Dept: 01/
Number: 7525650
Page 1 of 1

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

**Earnings Statement**

ADP

Period Starting: 07/20/2020
Period Ending: 07/26/2020
Pay Date: 07/31/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 8
  State: 0
  Local: 0
Tax Override:
  Federal:
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 34.00 | 680.00 | 18645.85 |
| Overtime | | | 0.00 | 765.82 |
| Bonus | | | 0.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$680.00** | **$20,371.67** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 333.40 |
| Social Security | -42.16 | 1263.04 |
| Medicare | -9.86 | 295.39 |
| Pennsylvania State Income | -20.88 | 625.43 |
| Pennsylvania State UI | -0.41 | 12.23 |
| Warminster T Local Income | -6.80 | 203.71 |
| Warminster Twp Local | -1.00 | 24.00 |
| **Net Pay** | | **$598.89** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.00 | 852.50 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX2698 | XXXXXXXXX | 598.89 |

Your federal taxable wages this period are $680.00



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date: 07/31/2020

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 598.89 |

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

*August*

SEQ 001268
Company Code: RX / IMV 21268133
Loc/Dept: 01/
Number: 7538355
Page: 1 of 1
Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

**Earnings Statement**   ADP

Period Starting: 07/27/2020
Period Ending: 08/02/2020
Pay Date: 08/07/2020

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
 Federal: 8    Federal:
 State: 0     State:
 Local: 0     Local:
Social Security Number: XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.3092 | 36.00 | 767.13 | 19412.98 |
| Overtime | | | 0.00 | 765.82 |
| Bonus | | | 0.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$767.13** | **$21,138.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -3.25 | 336.65 |
| Social Security | -47.57 | 1310.61 |
| Medicare | -11.12 | 306.51 |
| Pennsylvania State Income | -23.55 | 648.98 |
| Pennsylvania State UI | -0.46 | 12.69 |
| Warminster T Local Income | -7.67 | 211.38 |
| Warminster Twp Local | -1.00 | 25.00 |

**Net Pay** **$672.51**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 888.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 672.51 |

Your federal taxable wages this period are $767.13

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date: 08/07/2020

Deposited to the account
Checking DirectDeposit

**THIS IS NOT A CHECK**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 672.51 |

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT



August

SEQ 000975
Company Code    Loc/Dept    Number    Page
RX / IMV 21268133    01/    7550931    1 of 1
Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

**Earnings Statement**    ADP

Period Starting:    08/03/2020
Period Ending:    08/09/2020
Pay Date:    08/14/2020

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
Federal:    8            Federal:
State:    0            State:
Local:    0            Local:
Social Security Number:    XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 36.00 | 720.00 | 20132.98 |
| Overtime |  |  | 0.00 | 765.82 |
| Bonus |  |  | 0.00 | 800.00 |
| Misc pay |  |  | 0.00 | 160.00 |
| **Gross Pay** |  |  | **$720.00** | **$21,858.80** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.00 | 924.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 336.65 |
| Social Security | -44.64 | 1355.25 |
| Medicare | -10.44 | 316.95 |
| Pennsylvania State Income | -22.10 | 671.08 |
| Pennsylvania State UI | -0.43 | 13.12 |
| Warminster T Local Income | -7.20 | 218.58 |
| Warminster Twp Local | -1.00 | 26.00 |

**Net Pay**    **$634.19**

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 634.19 |

Your federal taxable wages this period are: $720.00

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date:    08/14/2020

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2698 | XXXXXXXXX | 634.19 |

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

© 1998, 2006, ADP, LLC. All Rights Reserved.

*August*

SEQ 000543
**Company Code**   **Loc/Dept**   **Number**   **Page**
RX / IMV 21268133   01/   7565329   1 of 1
Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

**Earnings Statement**

ADP

Period Starting: 08/10/2020
Period Ending: 08/16/2020
Pay Date: 08/21/2020

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 8    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 20932.98 |
| Overtime | 30.0000 | 2.50 | 75.00 | 840.82 |
| Bonus | | | 0.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$875.00** | **$22,733.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.04 | 350.69 |
| Social Security | -54.25 | 1409.50 |
| Medicare | -12.69 | 329.64 |
| Pennsylvania State Income | -26.86 | 697.94 |
| Pennsylvania State UI | -0.52 | 13.64 |
| Warminster T Local Income | -8.75 | 227.33 |
| Warminster Twp Local | -1.00 | 27.00 |

**Net Pay**    **$756.89**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.50 | 967.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 756.89 |

Your federal taxable wages this period are $875.00

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date: 08/21/2020

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 756.89 |

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
SEQ 000590
Company Code    Loc/Dept    Number    Page
RX / IMV 21268133    01/    7577413    1 of 1
Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974
```

## Earnings Statement 

Period Starting:    08/17/2020
Period Ending:     08/23/2020
Pay Date:          08/28/2020

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  8                 Federal:
  State:    0                 State:
  Local:    0                 Local:
Social Security Number:  XXX-XX-XXXX

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 31.50 | 630.00 | 21562.98 |
| Overtime | | | 0.00 | 840.82 |
| Bonus | | | 0.00 | 800.00 |
| Misc pay | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$630.00** | **$23,363.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 350.69 |
| Social Security | -39.06 | 1448.56 |
| Medicare | -9.14 | 338.78 |
| Pennsylvania State Income | -19.34 | 717.28 |
| Pennsylvania State UI | -0.38 | 14.02 |
| Warminster T Local Income | -6.30 | 233.63 |
| Warminster Twp Local | -1.00 | 28.00 |
| **Net Pay** | **$554.78** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 31.50 | 998.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2698 | XXXXXXXXX | 554.78 |

Your federal taxable wages this period are: $630.00

© 1998, 2006, ADP, LLC All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Baehr Insulation LLC
1248 Tulip Rd
Warminster, PA 18974

Pay Date:    08/28/2020

**THIS IS NOT A CHECK**

Deposited to the account         account number         transit/ABA    amount
Checking DirectDeposit           XXXXXX2698             XXXXXXXXX      554.78

Michael Boyle Jr
978 Gravel Pike
Palm, PA 18070

