**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Michael Claude Boyle, Jr. | : | Chapter 13 |
| and Nicole Ashley Boyle, | : | Case No.:  20-13632-pmm |
| Joint Debtors | : | |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' proposed Second Amended Chapter 13 Plan dated and docketed November 16, 2020 was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on November 16, 2020:*

Rebecca Ann Solarz, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com


**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       jquinn@rqplaw.com
Date:  November 16, 2020      Counsel for Debtor