Certificate Number: 05781-PAE-DE-035101024

Bankruptcy Case Number: 20-13632



05781-PAE-DE-035101024

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2020, at 3:22 o'clock PM PST, Nicole Boyle completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 18, 2020           By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President