UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Claude Boyle, Jr.<br>    Nicole Ashley Boyle<br><br>              Debtors | Chapter 13<br>Bankruptcy No.20-13632-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of November, 2020, by first class mail upon those listed below:

Michael Claude Boyle, Jr.
Nicole Ashley Boyle
978 Gravel Pike
Palm, PA  18070

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

                                                        */s/ Deborah A. Earnshaw*
                                                        Deborah A. Earnshaw
                                                        for
                                                        Scott F. Waterman, Esquire
                                                        Standing Chapter 13 Trustee