United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-13632-pmm
Michael Claude Boyle, Jr.  Chapter 13
Nicole Ashley Boyle
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Claude Boyle, Jr., Nicole Ashley Boyle, 978 Gravel Pike, Palm, PA 18070-1203 |
| 14536284 | + | AR Resources, Pob 1056, Blue Bell, PA 19422-0287 |
| 14545909 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536283 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14536285 | + | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14558864 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14536287 | | CitiBank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14536288 | + | Citibank NA, 388 Greenwich Street, New York, NY 10013-2362 |
| 14536289 | + | David Apothaker, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14536291 | | Grand View Hospital, PO Box 397, Souderton, PA 18964-0397 |
| 14540577 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14536294 | + | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14537775 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14539750 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14561270 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14536295 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14536297 | + | Robert M. Kline, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14560664 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14536298 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14536286 | + | Email/Text: bankruptcy@cavps.com | Jan 22 2021 04:08:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14538819 | | Email/Text: mrdiscen@discover.com | Jan 22 2021 04:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14536290 | + | Email/Text: mrdiscen@discover.com | Jan 22 2021 04:07:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14536292 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 22 2021 03:55:47 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14536293 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2021 04:07:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14559498 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2021 03:55:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14536296 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2021 03:55:49 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14548191 | + | Email/Text: bncmail@w-legal.com | Jan 22 2021 04:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Michael Claude Boyle Jr. CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Nicole Ashley Boyle CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Claude Boyle, Jr. and Nicole Ashley Boyle
      Debtor(s)

Chapter: 13
Bankruptcy No: 20−13632−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 21, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge ,
                                      United States Bankruptcy Court

                                                      28
                                                 Form 155