| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13632-PMM**

Michael Claude Boyle, Jr.
Nicole Ashley Boyle
978 Gravel Pike
Palm  PA   18070

Petition Filed Date: 09/09/2020
341 Hearing Date: 10/13/2020
Confirmation Date: 01/21/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/09/2020 | $125.00 | | 11/04/2020 | $125.00 | | 12/02/2020 | $125.00 | |
| 01/06/2021 | $125.00 | | 01/29/2021 | $125.00 | | 03/05/2021 | $125.00 | |
| 03/31/2021 | $125.00 | | 05/04/2021 | $125.00 | | 06/04/2021 | $125.00 | |

**Total Receipts for the Period: $1,125.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,125.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,106.00 | $926.25 | $2,179.75 |
| 1 | MIDLAND CREDIT MANAGEMENT INC »» 001 | Unsecured Creditors | $838.01 | $0.00 | $838.01 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $1,739.26 | $0.00 | $1,739.26 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $7,709.60 | $0.00 | $7,709.60 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $5,500.90 | $0.00 | $5,500.90 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $1,354.47 | $0.00 | $1,354.47 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $1,975.63 | $0.00 | $1,975.63 |
| 7 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $2,131.74 | $0.00 | $2,131.74 |
| 8 | TD BANK USA NA »» 008 | Unsecured Creditors | $714.75 | $0.00 | $714.75 |
| 9 | CAPITAL ONE NA »» 009 | Unsecured Creditors | $1,306.71 | $0.00 | $1,306.71 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $3,541.96 | $0.00 | $3,541.96 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $3,726.56 | $0.00 | $3,726.56 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $2,719.19 | $0.00 | $2,719.19 |
| 13 | PENNYMAC  LOAN SERVICES LLC »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-13632-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,125.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $926.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $86.25 | Total Plan Base: | $4,500.00 |
| Funds on Hand: | $112.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.