| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-13632-PMM**

Michael Claude Boyle, Jr.
Nicole Ashley Boyle
978 Gravel Pike
Palm  PA    18070

Petition Filed Date: 09/09/2020
341 Hearing Date: 10/13/2020
Confirmation Date: 01/21/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $125.00 | | 09/06/2022 | $125.00 | | 10/05/2022 | $125.00 | |
| 11/04/2022 | $125.00 | | 12/07/2022 | $125.00 | | 01/06/2023 | $125.00 | |
| 02/06/2023 | $125.00 | | 03/02/2023 | $125.00 | | 04/03/2023 | $125.00 | |
| 05/01/2023 | $125.00 | | 06/06/2023 | $125.00 | | 07/05/2023 | $125.00 | |

**Total Receipts for the Period: $1,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,106.00 | $3,106.00 | $0.00 |
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»»  001 | Unsecured Creditors | $838.01 | $17.19 | $820.82 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $1,739.26 | $35.64 | $1,703.62 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $7,709.60 | $184.36 | $7,525.24 |
| 4 | DISCOVER BANK<br>»»  004 | Unsecured Creditors | $5,500.90 | $131.52 | $5,369.38 |
| 5 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $1,354.47 | $18.48 | $1,335.99 |
| 6 | CHASE BANK USA NA<br>»»  006 | Unsecured Creditors | $1,975.63 | $40.49 | $1,935.14 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»»  007 | Unsecured Creditors | $2,131.74 | $43.68 | $2,088.06 |
| 8 | TD BANK USA NA<br>»»  008 | Unsecured Creditors | $714.75 | $17.07 | $697.68 |
| 9 | CAPITAL ONE NA<br>»»  009 | Unsecured Creditors | $1,306.71 | $17.84 | $1,288.87 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $3,541.96 | $72.57 | $3,469.39 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $3,726.56 | $76.37 | $3,650.19 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $2,719.19 | $55.71 | $2,663.48 |
| 13 | PENNYMAC  LOAN SERVICES LLC<br>»»  014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-13632-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,375.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $3,816.92 | Arrearages: | $0.00 |
| Paid to Trustee: | $360.00 | Total Plan Base: | $4,500.00 |
| Funds on Hand: | $198.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.