United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 20-13632-pmm
Michael Claude Boyle, Jr.   Chapter 13
Nicole Ashley Boyle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Sep 26, 2023     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Claude Boyle, Jr., Nicole Ashley Boyle, 978 Gravel Pike, Palm, PA 18070-1203 |
| 14558864 | | Capital One N.A., Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14536289 | + | David Apothaker, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14536291 | | Grand View Hospital, PO Box 397, Souderton, PA 18964-0397 |
| 14536297 | + | Robert M. Kline, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14560664 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 27 2023 06:27:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2023 06:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14536284 | | Email/Text: collectors@arresourcesinc.com | Sep 27 2023 06:27:00 | AR Resources, Pob 1056, Blue Bell, PA 19422 |
| 14545909 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:40:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536283 | + | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:40:24 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14536285 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:29:45 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14536286 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2023 06:27:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14536287 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:29:47 | CitiBank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14536288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:40:43 | Citibank NA, 388 Greenwich Street, New York, NY 10013-2362 |
| 14538819 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 06:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14536290 | + | Email/Text: mrdiscen@discover.com | Sep 27 2023 06:26:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14536292 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2023 06:29:20 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14540577 | + | Email/Text: RASEBN@raslg.com | Sep 27 2023 06:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 20-13632-pmm   Doc 41   Filed 09/28/23   Entered 09/29/23 00:37:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14536293 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2023 06:26:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14536294 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 06:27:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14537775 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 06:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14539750 | ^ | MEBN | Sep 27 2023 06:21:34 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14559498 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:29:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14561270 | + | Email/PDF: ebnotices@pnmac.com | Sep 27 2023 06:29:11 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14536295 | + | Email/PDF: ebnotices@pnmac.com | Sep 27 2023 06:29:12 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14536296 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:40:23 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14548191 | + | Email/Text: bncmail@w-legal.com | Sep 27 2023 06:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14536298 | + | Email/Text: bncmail@w-legal.com | Sep 27 2023 06:27:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Michael Claude Boyle  Jr. CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Nicole Ashley Boyle CourtNotices@rqplaw.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Claude Boyle, Jr. and Nicole Ashley Boyle

      Debtor(s)

Case No: 20−13632−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/26/23

40 − 36
Form 138OBJ