United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-13632-pmm

Michael Claude Boyle, Jr.                                                        Chapter 13

Nicole Ashley Boyle

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael Claude Boyle, Jr., Nicole Ashley Boyle, 978 Gravel Pike, Palm, PA 18070-1203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Michael Claude Boyle  Jr. CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Nicole Ashley Boyle CourtNotices@rqplaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

District/off: 0313-4                 User: admin                         Page 2 of 2

Date Rcvd: Sep 26, 2023            Form ID: 234                      Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Michael Claude Boyle, Jr. and Nicole
Ashley Boyle

          Debtor(s)                          Case No:20−13632−pmm

                                                  Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

#### NOTICE IS GIVEN THAT:


  1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.


  2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**


3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**




                                             For The Court




                                           Timothy McGrath,
                                           Clerk of Court

Date: 9/26/23