| | |
|---|---|
| **Fill in this information to identify the** **Fill in this information to identify the case:** | |

Debtor 1    Michael Claude Boyle Jr.

Debtor 2    Nicole Ashley Boyle fka Nicole Schnure

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   20-13632 PMM

## Official Form 410S1

# Notice of Mortgage Payment Change                                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: PENNYMAC LOAN SERVICES, LLC**          **Court claim no**. (if known): 14

**Last 4 digits** of any number you use to                  **Date of payment change:**
identify the debtor's account: 9872                          Must be at least 21 days after date        10/01/2022
                                                             of this notice

                                                             **New total payment:**           $973.12
                                                             Principal, interest, and escrow, if any

---

**Part 1:**   **Escrow Account Payment Adjustment**

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
       the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment:  $373.42                **New escrow payment:**    $ 394.03

---

**Part 2:**   **Mortgage Payment Adjustment**

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
       attached, explain why: _____

    Current interest rate: _____ %        **New interest rate:** _____ %

    Current principal and interest payment: $_____ **New principal and interest payment:** $_____

---

**Part 3:**   **Other Payment Change**

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

    Reason for change:_____

    Current mortgage payment: $_____        **New mortgage payment:** $_____

Document ID: 1332a0913e65d204dde07f674e6c517f0380d6bbecf1fe5bbf7c215677c04414

Debtor(s)   <u>Michael Claude Boyle, Nicole Ashley Boyle</u>                    Case number (*if known*)  20-13632 PMM

First Name        Middle Name        Last Name

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca Solarz                                      Date     08/25/2022

Signature

**Print:** Rebecca Solarz
25 Aug 2022, 15:56:23, EDT

Title   <u>Attorney for Creditor</u>

Company     <u>KML Law Group, P.C.</u>

Address     <u>701          Market Street, Suite 5000</u>

Number            Street

Philadelphia,                          PA     19106

City                                   State       ZIP Code

Contact phone   (215) 627–1322                    Email  bkgroup@kmllawgroup.com

---

Document ID: 1332a0913e65d204dde07f674e6c517f0380d6bbecf1fe5bbf7c215677c04414