# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Nicole Ashley Boyle fka Nicole Schnure**<br>　　　**Michael Claude Boyle Jr.**<br>　　　　　　　　　　　　　　　　**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　　　　　　　**Movant**<br>　　　　　　　　**vs.**<br><br>**Nicole Ashley Boyle fka Nicole Schnure**<br>**Michael Claude Boyle Jr.**<br>　　　　　　　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　　　　　　　**Trustee** | **BK NO. 20-13632 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 14** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 30, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Nicole Ashley Boyle fka Nicole Schnure
978 Gravel Pike
Palm, PA 18070

Michael Claude Boyle Jr.
978 Gravel Pike
Palm, PA 18070

Attorney for Debtor(s)
Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: August 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com